# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Southern Division

### Docket No. 7:25-CR-119-6D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LOUIS SANTINO DAMIANI | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for August 17, 2026, in Raleigh. The case is hereby CONTINUED to October 2026 in Raleigh, North Carolina.

This ___22___ day of ___June___ 2026.

_____
James C. Dever III
U.S. District Judge